IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S.W., A minor, by and through his Next Friend and Guardian, SUSAN KLASING, <br><br> Plaintiff, <br><br> vs. <br><br> United States of America, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Cause No. 4:06-CV-00574 |

## ORDER and JUDGMENT

Cause called this 12th day of December, 2007. Petition to Establish the *SUMARRION WILLIAMS IRREVOCABLE SUPPLEMENTAL NEEDS TRUST* and for appointment of Trustee for the Supplemental Needs Trust having come for hearing, the matter was called, heard and submitted, and the court hereby finds and orders as follows:

1. That *SUMARRION WILLIAMS* is under the age of sixty-five (65) (D.O.B. 1/12/05) and is disabled or has a physical or mental disability as defined under federal or state law.

2. That this court orders the creation of the *SUMARRION WILLIAMS IRREVOCABLE SUPPLEMENTAL NEEDS TRUST* (Exhibit "A" attached hereto and made a part hereof), with SUSAN KLASING, as Trustee, and the trust is established as a "Supplemental Needs Trust" pursuant to the provisions of 42 U.S.C., Section 1396p(d)(4).

3. That the trust is established with funds received as a result of an action brought against various parties in this lawsuit.

4. That the court orders that any proceeds that are received by Plaintiff as a result of this action be paid to SUSAN KLASING, Trustee of the *SUMARRION WILLIAMS IRREVOCABLE SUPPLEMENTAL NEEDS TRUST*.

5. The Court hereby authorizes but does not require the trustee of the trust to use the funds of the trust to buy a house where *SUMARRION WILLIAMS* can live. It is the Court's

1

intention in authorizing this purchase that the trust not be required to pay the taxes and insurance, utilities and upkeep on the house, that these be paid for by the caregiver-trustee, **Susan Klasing**. This direction will not prevent the trust from paying these bills in an emergency type of situation.

*[signature]*
Honorable Thomas C. Mummert
United States District Court
Eastern District of Missouri
Eastern Division
12/12/07